**Electronically Filed**
**Supreme Court**
**SCWC-11-0000999**
**02-DEC-2015**
**08:07 AM**

SCWC-11-0000999

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

SAINGOEN DAVIS, Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

GARY W. VANCIL; MARK VAN PERNIS; VAN PERNIS-VANCIL,
A Law Corporation, Petitioners/Defendants/Cross-Claim
Plaintiffs-Appellees/Cross-Appellants,
and
NICHOLLE DAVIS, Respondent/Defendant/Cross-Claim
Defendant-Appellee/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000999; CIV. NO. 08-1-352K)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants/Cross-Claim Plaintiffs-Appellees/Cross-Appellants Gary W. Vancil, Mark Van Pernis, and Van Pernis-Vancil, a Law Corporation's application for writ of certiorari filed on October 16, 2015, is hereby rejected.

DATED:  Honolulu, Hawai‘i, December 2, 2015.

Keith K. Hiraoka,              /s/ Mark E. Recktenwald
James Shin, and
Jodie D. Roeca                 /s/ Paula A. Nakayama
for petitioners
                               /s/ Sabrina S. McKenna

James J. Bickerton
for respondent                 /s/ Richard W. Pollack
Saingoen Davis
                               /s/ Michael D. Wilson

